Decided September 18, 2003

## MARY PAOLELLA *v.* ESTATE OF WILLIAM PAOLELLA

The plaintiff's petition for certification for appeal from the Appellate Court (AC 24084) is denied.

*Mary Paolella*, pro se, in support of the petition.

*Peter C. Barrett*, in opposition.

Decided September 18, 2003